**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARY T. LEON, | ) | |
|       Plaintiff, | ) | |
| | ) | 2:11-cv-01471-RCJ-CWH |
| vs. | ) | |
| | ) | |
| VISION AIRLINES, INC., | ) | **ORDER** |
| | ) | |
|       Defendant. | ) | |

Plaintiff Mary T. Leon sued Defendant Vision Airlines, Inc. in this Court for violations of the Family Medical Leave Act ("FMLA") and the Americans with Disabilities Act. Defendant moved to dismiss the FMLA claim, and Plaintiff responded by filing the First Amended Complaint ("FAC"), which omits the FMLA claim.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 11) is DENIED as moot.

IT IS SO ORDERED.

Dated this 25th day of October, 2011.

_____
ROBERT C. JONES
United States District Judge