BRUCE C. YOUNG, ESQ., Bar #5560
DUSTIN L. CLARK, ESQ., Bar #10548
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
VISION AIRLINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY T. LEON,<br><br>        Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>        Defendant. | Case No. 2:11-cv-01471-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

DATED: May 3, 2012                                        DATED: May 3, 2012

 /s/ Jacob M. Weisberg                                     /s/ Dustin L. Clark
JACOB M. WEISBERG, ESQ.                       BRUCE C. YOUNG, ESQ.
LAW OFFICES OF JACOB M. WEISBERG    DUSTIN L. CLARK, ESQ.
Attorneys for Plaintiff                                      LITTLER MENDELSON, P.C.
                                                                      Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 7, 2012

Firmwide:110190229.1 066712.1002